UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION (at LEXINGTON)
*Electronically Filed*

| | |
|---|---|
| MICHAEL L. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:18-cv-00443-DCR |
| ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA, d/b/a ) | |
| CIGNA GROUP INSURANCE ) | |
| ) | |
| Defendant. | |

## JOINT NOTICE OF SETTLEMENT

*** *** *** ***

Plaintiff, Michael L. Smith, and Defendant, Life Insurance Company of North America ("LINA") (collectively "the Parties"), by and through their respective counsel, hereby jointly notify the Clerk and the Court pursuant to Local Rule 54.1 that the Parties reached a settlement in principle in this matter. The Parties respectfully ask the Court to allow forty-five (45) days to finalize the settlement, and to stay any pending deadlines during such time. Once the settlement is finalized, the Parties propose that they shall submit a Joint Stipulation of Dismissal.

Respectfully submitted,

/s/ *Elizabeth A. Thornsbury*
M. AUSTIN MEHR
ELIZABETH A. THORNSBURY
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone:  859-225-3731
Facsimile:  859-225-3830
Email: amehr@austinmehr.com
Email: elizabeth@austinmehr.com
*Counsel for Plaintiff*

and

/s/ *Mitzi D. Wyrick* (with permission)
David A. Calhoun
Mitzi D. Wyrick
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
Telephone: (502) 589-5235
Facsimile: (502) 589-0309
Email: dcalhoun@wyattfirm.com
Email: mitziwyrick@wyattfirm.com
*Counsel for Defendant,*
*Life Insurance Company of North America*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 29, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following registered participants:

- **David A. Calhoun**
  dcalhoun@wyattfirm.com,sneely@wyattfirm.com
- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, pgf@austinmehr.com,shall@austinmehr.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, shall@austinmehr.com
- **Mitzi Denise Wyrick**
  mitziwyrick@wyattfirm.com,lmattingly@wyattfirm.com

**Manual Recipient List:**

- No manual recipients

 

                                                                      /s/ Elizabeth A. Thornsbury
                                                                      ELIZABETH A. THORNSBURY